UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| PRINCESS PARKER, ON BEHALF OF CRYSTAL L. PARKER, | : : : | Case No. 3:17-cv-205 |
| | : | District Judge Thomas M. Rose |
| Plaintiff, | : : | Magistrate Judge Sharon L. Ovington |
| vs. | : : | |
| NANCY A. BERRYHILL, COMMISSIONER OF SOCIAL SECURITY, | : : : : | |
| Defendant. | : | |

# DECISION AND ENTRY

This case is before the Court on the parties' Stipulation to Award EAJA Fees. (Doc. #12). Specifically, the parties stipulate and petition this Court to enter an order awarding attorney fees in the total amount of $2,500.00 under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412. This stipulation represents a compromise of disputed positions and is not intended to set a precedent for any specific hourly rate. The award of attorney fees will fully satisfy any and all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412, that may be payable in this case. Any fees paid belong to Plaintiff and can be offset to satisfy pre-existing debt that Plaintiff owes the United States, pursuant to the decision in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

After the Court enters this award, if counsel for the parties can verify that

Plaintiff owes no pre-existing debt subject to offset, Defendant will direct that the award be made payable to Plaintiff's attorney pursuant to the attorney's fee assignment duly signed by Plaintiff and counsel.

**IT IS THEREFORE ORDERED THAT:**

1. The Parties' Stipulation to Award EAJA Fees (Doc. #12) is accepted and the Commissioner shall pay Plaintiff's attorney fees, costs, and expenses in the total amount of $2,500.00;

2. Counsel for the parties shall verify, **within thirty days of this Decision and Entry,** whether or not Plaintiff owes a pre-existing debt to the United States subject to offset. If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to the attorney's fee assignment signed by Plaintiff and counsel; and

3. The case remains terminated on the docket of this Court.

**IT IS SO ORDERED.**

*\*s/Thomas M. Rose*

Date: January 10, 2018

Thomas M. Rose
United States District Judge